*In re* GREENSBURY W. FREENY and WILLIAM SHEPPARD, assignees.

Sussex County, October Term, 1895.

**Certiorari. Lien.**—A *certiorari* does not not destroy the lien of a levy made before the *certiorari* is taken. It simply acts as a suspension of proceedings below.

This was a petition to draw money out of Court. A judgment was rendered by a Justice of the Peace against Jerome C. Elliot on October 11, 1892. An execution *fi. fa.* was issued on said judgment and levy made on the same day. The same was returned March 1, 1893. Same date *venditioni exponas* No. 1 was issued, returnable July 1, 1893. On May 17, 1893, a *certiorari* on said judgment was taken out. After the *certiorari* was issued and before affirmance of judgment by the Superior Court a junior execution creditor levied upon the same goods and they were sold by the Sheriff and the money paid into Court. Judgment below was affirmed in the *certiorari*.

An application being made to take the money out of Court, *R. C. White,* for the owner of the real estate, contended that the statute provided for a recognizance in the *certiorari* and the debt below becomes merged in the higher grade; a mere stay is where no bond or recognizance is given.

*William H. Boyce,* for the petitioners, contended that a *certiorari* acts simply as a suspension of proceedings below and does not destroy the lien of a levy made before the *certiorari* issued; and that it has always been the practice of the Court to have a *procedendo* issued immediately after affirmance of the judgment, and the plaintiff proceeds just where he left off. 24 A. & E. Encyc. of Law 597; 1 Freeman, Executions § 32; *Runyon vs. Bennett,* 29 Am. Dec. 431.

LORE, C. J.: The lien is preserved. Its effect is not destroyed, but the proceedings are only suspended by the *certiorari*. After affirmance there is a right to proceed on the judgment below. Let the order be made.